IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No. 1:19-cv-00350-AJT-MSN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLINE F. CORUM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order (Dkt. No. 16), Plaintiff United States provides the following status report to the Court.

The parties are diligently working towards a settlement in this case and hope to complete the final details soon. The parties will promptly alert the Court if they have reached a settlement agreement.

Dated: April 30, 2025

Respectfully submitted,

*/s/ Kieran O. Carter*
KIERAN CARTER, VSB No. 81953
U.S. Department of Justice, Tax Division
Post Office Box 227
Washington, D.C. 20044
Phone: (202) 598-7821
Fax: (202) 514-6866
Email: Kieran.O.Carter@usdoj.gov

*/s/ Glen Frost*
GLEN FROST, Esq.
FROST & ASSOCIATES, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401
Phone: (410) 497-5947
Fax: (888) 235-8405
Email: Glen.Frost@frosttaxlaw.com
Counsel for Caroline Corum