IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No. 1:19-cv-00350-AJT-MSN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLINE F. CORUM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate

to the dismissal of this action with prejudice. Each party will bear its own costs, attorney fees,

and expenses.


Dated: April 29, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation
Branch

*/s/ William J. Harrington*
WILLIAM J. HARRINGTON
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, DC 20044
Telephone: (202) 353-1882
William.J.Harrington@usdoj.gov
*Counsel for the United States*


-and-

TODD BLANCHE
ACTING ATTORNEY GENERAL

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
E-Mail: Gerard.Mene@usdoj.gov


/s/ Glenn Frost (w/ permission)
DANIEL A. STAEVEN, Esq.
GLEN FROST, Esq.
FROST & ASSOCIATES, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401
Phone: (410) 497-5947
Fax: (888) 235-8405
Email: Glen.Frost@frosttaxlaw.com
Counsel for Caroline Corum



SO ORDERED:        _____
                   HON. ANTHONY J. TRENGA
                   UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Defendant, Caroline Corum.

<div style="margin-left:45%">

*/s/ William J. Harrington*
WILLIAM J. HARRINGTON
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, DC 20044
Telephone: (202) 353-1882
William.J.Harrington@usdoj.gov

</div>

3